IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| KELSEA SVOCHAK, A/N/F OF K.S. | § | |
|---|---|---|
| Plaintiffs, | § | |
| V. | § | Civil Action No. _____ |
| GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT | § | |
| Defendant. | § | |

## APPENDIX OF DOCUMENTS IN STATE COURT

| Attachment | Description | Filing Date |
|---|---|---|
| A | Civil Case and Transaction Information | 03/09/2023 |
| B | Plaintiff's Original Petition | 01/31/2023 |
| C | Tarrant County Service Request Form | 02/09/2023 |
| D | Citation Issued – Grapevine-Colleyville ISD | 02/10/2023 |
| E | Return of Service – Grapevine-Colleyville ISD | 03/01/2023 |

Respectfully submitted,

By: /s/ Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487

WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR GRAPEVINE-COLLEYVILLE INDEPENDENT SCHOOL DISTRICT

## CERTIFICATE OF SERVICE

On March 17, 2023, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

George H. Shake
4311 Oak Lawn Avenue, Suite 600
Dallas, Texas  75219

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker