IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELSEA SVOCHAK, as next friend of a minor, K.S., | § § § | |
| Plaintiff, | § § | Civil Action No. 4:23-CV-00270-P |
| v. | § § | |
| GRAPEVINE-COLLEYVILLE ISD, | § § § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT'S MOTION FOR SANCTIONS

On this day, the Court considered Defendant Grapevine-Colleyville Independent School District's Motion for Sanctions. After considering the motion, pleadings, and other documents on file for this case, and the arguments of the parties, the Court finds Defendant's Motion for Sanctions is well taken. The Court is, therefore, of the opinion that Defendant's Motion for Sanctions should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiff's First Amended Complaint is hereby DISMISSED in full without prejudice.

SIGNED ON this _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE