IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| KELSEA SVOCHAK, as next of friend of K.S., <br> Plaintiff, | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:23-CV-270-BJ |
| GRAPEVINE-COLLEYVILLE ISD, <br> Defendant. | § § § | |

## FINAL JUDGMENT

Pursuant to the Order issued this same day, and Federal Rule of Civil Procedure 58, it is hereby **ORDERED, ADJUDGED, and DECREED** that Defendant Grapevine-Colleyville ISD is hereby entitled to judgment as a matter of law that Plaintiff Kelsea Svochak, as next of friend of K.S., take nothing on Plaintiff's claims against Defendant.

It is further **ORDERED, ADJUDGED, and DECREED** that such claims be and are hereby **DISMISSED WITH PREJUDICE**. All costs under 28 U.S.C. § 1920 shall be taxed against Plaintiff.

SIGNED December 5, 2023.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE